371 A.2d 225

Commonwealth v. Flagg, Appellant.

Submitted September 8, 1975. Ernest Kardas, Assistant Public Defender, and Kenneth P. Barrow, Public Defender, for appellant; Ralph B. D'Iorio, Assistant District Attorney, and Stephen J. McEwen, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 226

Commonwealth v. Flick, Appellant.

Submitted June 14, 1976. Shaubut C. Walz, III, and Walz & Walz, for appellant; Richard M. Serbin, Assistant District Attorney, and Clyde R. Bomgardner, District Attorney, for Commonwealth, appellee.

Order affirmed.